THOMAS CORRIGAN, Respondent, *vs.* MICHAEL HUNT, Appellant.

1. Corrigan vs. Detsch, *ante*-p. 290, affirmed.

*Appeal from Jackson County Special Law and Equity Court.*

*Wm. E. Sheffield,* for Appellant.

*Tichenor & Warner,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This case is in all respects similar to the one of Corrigan vs. Detsch, decided at the present term, and for the reasons therein given, the judgment must be affirmed. The other judges concur.

————o————

OLIVER P. JOHNSON, Appellant, *vs.* MELISSA McFALL, Respondent.

1. *Appeal—Judgment should be set out.*—Although it is stated in the transcript that a judgment was rendered below, if the judgment itself does not appear, the appeal will be dismissed.

*Appeal from Dade Circuit Court.*

*N. Gibbs,* for Appellant.

HOUGH, Judge, delivered the opinion of the court.

This was an action for the claim and delivery of personal property, instituted before a justice of the peace without written complaint or affidavit, as required by law, and tried on appeal in the circuit court of Dade county.

It is stated in the transcript that a judgment was rendered on the cause, but the judgment itself nowhere appears. In conformity to repeated decisions of this court, the appeal will be dismissed. The other judges concur.